# United States Court of Appeals

### For the Eighth Circuit

_____

No. 13-2950

_____

Anika Taylor, on behalf of D.M.T.

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: April 24, 2014
Filed: May 27, 2014
[Unpublished]

_____

Before MURPHY, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Anika Taylor, on behalf of her minor son (D.M.T.), appeals the district court's[1] order affirming the denial of child's disability benefits. Taylor alleged that D.M.T. was disabled from attention deficit hyperactivity disorder and insomnia.

_____

[1]The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.

Upon de novo review of the record, this court finds that the administrative law judge's (ALJ's) credibility determination is entitled to deference. *See McCoy v. Astrue*, 648 F.3d 605, 614 (8th Cir. 2011) (where ALJ explicitly discredits claimant and gives good reasons for doing so, court normally defers to credibility findings). Substantial evidence supports the ALJ's determination that D.M.T.'s impairments, alone or combined, did not meet or medically equal the severity of one of the listed impairments, or result in the requisite "marked" limitations in two domains of functioning or "extreme" limitations in one domain of functioning. *See Johnson v. Barnhart*, 390 F.3d 1067, 1070 (8th Cir. 2004) (claimant has burden to establish impairment meets or equals all specified criteria for listing); 20 C.F.R. § 416.926a(a)-(b), (e)(2)-(3) (defining "marked" and "extreme"); *Moore ex rel. Moore v. Barnhart*, 413 F.3d 718, 721 (8th Cir. 2005) (Commissioner's decision will be affirmed if it supported by substantial evidence on record as whole); *Van Vickle v. Astrue*, 539 F.3d 825, 828 & n.2 (8th Cir. 2008) (additional evidence submitted to Appeals Council considered in substantial evidence equation).

The judgment is affirmed.

_____